IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01348-PSF-BNB

ST. ANDREWS VILLAGE AT HEATHER GARDENS, INC., a Colorado corporation,

    Plaintiff,

v.

DOMINION HEALTHCARE FINANCIAL CORPORATION,
d/b/a Dominion Mortgage Corporation, a California corporation,

    Defendant.

**ORDER SETTING RULE 16 PRETRIAL SCHEDULING CONFERENCE**

THIS MATTER comes before the Court pursuant to F.R.Civ.P. 16 and D.C.COLO.LCivR 16.1 for the setting of a pretrial scheduling conference.

IT IS HEREBY ORDERED that the parties shall appear on **September 8, 2005**, **at 8:30 a.m.**, in Courtroom 7 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  It is,

FURTHER ORDERED  that, since the first scheduling conference may be set before the defendant has been served or has appeared in the case, counsel for the plaintiff is responsible for notifying the defendant of the setting of the first Rule 16(b) Conference.  If plaintiff's counsel is unable to notify the defendant, then plaintiff's counsel shall, at least five (5) working days prior to the scheduled Rule 16(b) Conference, so notify the Court so that the conference can be rescheduled.  Counsel

for both parties **are not** required to prepare a Scheduling Order, but are DIRECTED to confer together before the conference as to an acceptable briefing schedule.

DATED:  July 21, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge