IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01348-PSF-BNB

ST. ANDREWS VILLAGE AT HEATHER GARDENS, INC., a Colorado corporation,

    Plaintiff,

v.

DOMINION HEALTHCARE FINANCIAL CORPORATION,
d/b/a Dominion Mortgage Corporation, a California corporation,

    Defendant.

___

## ORDER OF DISMISSAL
___

    THIS MATTER is before the Court on plaintiff's Notice of Motion to Dismiss (Dkt. # 6). The Court having reviewed the file and there being good cause shown, it is hereby

    ORDERED that this matter is DISMISSED.

    DATED: September 7, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Judge